| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Manistique Papers, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**65-1290950** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**453 S. Mackinac Avenue**<br>**Manistique, MI**<br>ZIP Code **49854** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Schoolcraft** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)** |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9     ☐ Chapter 15 Petition for Recognition<br>■ Chapter 11      of a Foreign Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13      of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as       business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee (Check one box)** | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ■<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ■<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Manistique Papers, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

■ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Manistique Papers, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>　Signature of Debtor<br>X _____<br>　Signature of Joint Debtor<br><br>　Telephone Number (If not represented by attorney)<br><br>　Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>　(Signature of Foreign Representative)<br><br>　(Printed Name of Foreign Representative)<br><br>　Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _____<br>　Signature of Attorney for Debtor(s)<br>　**Eric Schwartz**<br>　Printed Name of Attorney for Debtor(s)<br>　Morris, Nichols, Arsht & Tunnel LLP<br>　Firm Name<br><br>　1201 North Market Street, 18th Flr.<br>　PO Box 1347<br>　Wilmington DE 19889-1347<br>　Address<br><br>　302-658-9200<br>　Telephone Number<br><br>　Date | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached. |

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

| **Signature of Debtor (Corporation/Partnership)** | (continued) |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>　Signature of Authorized Individual<br>　**Jon Johnson**<br>　Printed Name of Authorized Individual<br>　**General Manager**<br>　Title of Authorized Individual<br>　Date 8-9-11 | _____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>　Address<br>X _____<br><br>_____<br>　Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

Form B1, Exhibit C
(9/01)

# United States Bankruptcy Court
## District of Delaware

In re  **Manistique Papers, Inc.**  Case No. _____

Debtor(s)  Chapter  **11**

## Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**Debtor operates a landfill located 3 miles north of Manistique, Michigan on State Highway M-94 ("Landfill"), whereby residuals resulting from paper production are deposited.**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**Michigan law requires that the owner or operator of a landfill maintain a perpetual care fund (the "Perpetual Care Fund"), either in a trust or an escrow account, during the operation of the landfill and for 30 years following closure of the landfill. Debtor maintains its Perpetual Care Fund at State Savings Bank in Manistique, Michigan. The perpetual care funds are determined by the specific amounts of residuals deposited in a landfill after June 17, 1990. Additionally, no perpetual care funds may be disbursed without prior written approval from the Michigan Department of Environmental Quality ("MDEQ").**

**On March 23, 2007, MDEQ issued Solid Waste Disposal Area Operating License 9157 (the "License") to the Debtor, requiring the Debtor to follow the specific legal requirements discussed above. Pursuant to the License, the Landfill must operate a leachate collection and treatment system facility to appropriately treat all leachate deposits. As a result of the License, and pursuant to Michigan law, the Debtor arranged for proper disposal of all leachate deposits from the Landfill by hiring qualified professionals to complete daily removal of the leachate. The leachate is then transported to Debtor's wastewater treatment facility for recirculation. To the best of the Debtor's knowledge, no imminent or identifiable harm to the public health or safety currently exists or has existed, and Debtor is in compliance with the terms of its License and all applicable state and federal environmental laws.**

**Within the Landfill, there are protective barriers to assure proper containment of the residual and leachate deposits. The landfill cells are lined and a piped collection and containment system encircles the entire footprint of the disposal site. To the best of the Debtor's knowledge, the site is being operated in compliance with its permit requirements and no imminent or identifiable harm to the public health or safety currently exists or has existed.**

# MANISTIQUE PAPERS, INC.

## OFFICER'S CERTIFICATE

The undersigned, Linda Benedetto, being the duly elected, acting, and qualified Chief Financial Officer of Manistique Papers, Inc., a Delaware corporation (the "Corporation"), hereby certifies that attached hereto as **Annex A** is a true, correct and complete copy of resolutions duly adopted by the vote and consent of all of the directors of the Corporation at a special meeting of the Board of Directors held on August _6, 2011, in accordance with the requirements of the Delaware General Corporation Law, and such resolutions remain in full force and effect as of the date hereof and in the form attached hereto, and have not been repealed, rescinded, amended, or modified in any way.

IN WITNESS WHEREOF, the undersigned has executed this Officer's Certificate as of the _7th_ day of August, 2011.

Linda Benedetto
Chief Financial Officer

# ANNEX A

## Resolutions

6678577_1

# RESOLUTIONS OF THE BOARD OF DIRECTORS
## MANISTIQUE PAPERS, INC.

WHEREAS, Manistique Papers, Inc. (the "Corporation"), has determined that it is desirable and in the best interests of the Corporation and its creditors, employees, and other interested parties that a petition be filed by the Corporation, seeking relief under the provisions of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

NOW, THEREFORE, BE IT

RESOLVED, that the General Manager, Chief Financial Officer, and any other person designated and so authorized to act (each, an "Authorized Officer") of the Corporation be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to execute and verify the petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as the Authorized Officer executing the petition shall determine; and it is further

RESOLVED, that the Corporation retain attorneys and other professionals to advise the Corporation, including, without limitation, the law firm of Godfrey & Kahn, S.C., and the law firm of Morris, Nichols, Arsht & Tunnell LLP, as its counsel in the chapter 11 proceedings, and that any Authorized Officer of the Corporation be, and such Authorized Officer hereby is, authorized, empowered and directed to execute the applicable applications to appoint counsel and other professionals and to execute any other necessary or related documents and to provide and pay retainers to counsel and other appropriate professionals for compensation for services, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that any Authorized Officer be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Corporation's chapter 11 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that any Authorized Officer and such other officers of the Corporation as the Authorized Officers shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such officers be, and each hereby is, authorized, empowered, and directed in the name

and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate the successful prosecution of the chapter 11 case; and it is further

RESOLVED, that all actions heretofore taken by any Authorized Officer or the directors of the Corporation, or by any individual who currently holds or has held any of said offices, in furtherance of the foregoing are hereby ratified, adopted, confirmed and approved in all respects as the acts and deeds of the Corporation.

IN WITNESS WHEREOF, the undersigned have executed this Resolution of the Board of Directors this _____ 6ᵗʰ _____ day of August, 2011.

By:    Jon Johnson
Title:   Sole Director

# United States Bankruptcy Court
## District of Delaware

In re    **Manistique Papers, Inc.** _____    Case No. _____

                                           Debtor(s)            Chapter    **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| WM Recycle America, L.L.C. 700 East Butterfield Rd STE 460 Houston, TX 77002 | Brian Lavin WM Recycle America, L.L.C. 700 East Butterfield RD STE 460 Houston, TX 77002 F:877-229-3442 P:608-251-2115 | Trade Debt | | 2,329,796.39 |
| Cloverland Electric Co-operative 2916 W M-28 Dafter, MI 49724 | Daniel D. Dasho Cloverland Electric Co-operative 2916 W M-28 Dafter, MI 49724 F:906-635-6815 P:906-365-6800 | Trade Debt | | 1,460,553.10 |
| Continental Paper Grading Co. 1623 S Lumber ST Chicago, IL 60616 | Mark St Cyr Continental Paper Grading Co. 1623 S Lumber ST Chicago, IL 60616 F:312-226-2025 P:312-226-2028 | Trade Debt | | 552,706.52 |
| Louis Padnos Iron & Metal Company 185 West 8th ST Holland, MI 49423 | Doug Padnos, Registered Agent Louis Padnos Iron & Metal Company 185 West 8th ST Holland, MI 49423 F:616-396-7789 P:616-396-6521 | Trade Debt | | 453,386.53 |
| Hydrite Chemical Co. 300 N Patrick Blvd Brookfield, WI 53008 | John A. Honkamp, Registered Agent Hydrite Chemical Co. 300 N Patrick Blvd Brookfield, WI 53008 F:920-233-2093 P:800-242-8270 | Trade Debt | | 445,159.15 |
| C. Reiss Coal Company (aka Koch Minerals, LLC) 4111 East 37th ST North Wichita, KS 67220 | Scott Keener C. Reiss Coal Company 4111 East 37th ST North Wichita, KS 67220 f:316-828-5660 p:312-828-7095 | Trade Debt | | 405,257.14 |
| Federal International, Inc. 7935 Clayton Road Saint Louis, MO 63117-1369 | Claire Newton, Registered Agent Federal International, Inc. 7935 Clayton Road Saint Louis, MO 63117-1369 f:314-721-2007 p:314-721-7644 | Trade Debt | | 398,533.20 |

In re    **Manistique Papers, Inc.**                                                    Case No. _____

_____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| River Valley Paper Company<br>120 East Mill Street<br>P.O. Box 1911<br>Akron, OH 44309-1911 | John Sharp<br>River Valley Paper Company<br>120 East Mill Street<br>P.O. Box 1911<br>Akron, OH 44309-1911<br>f:330-535-1001 p:330-535-1001 | Trade Debt | | 385,795.45 |
| Niagara Logistics, Inc.<br>7073 US-2 & 41 & M35<br>Gladstone, MI 49837 | Donald Mlostek, Registered Agent<br>Niagara Logistics, Inc.<br>7073 US-2 & 41 & M35<br>Gladstone, MI 49837<br>f:906-786-6620 p:906-789-2222 | Trade Debt | | 342,390.70 |
| Aurora Specialty Chemistries Corporation<br>1520 Lake Lansing Rd.<br>Lansing, MI 48912 | Harry Moyle, Registered Agent<br>Aurora Specialty Chemistries Corporation<br>1520 Lake Lansing Rd.<br>Lansing, MI 48912<br>F:517-372-1956 P:800-344-3699 | Trade Debt | | 281,049.99 |
| City Carton Company, Inc.<br>3 East Benton St<br>Iowa City, IA 52240 | Andy Ockenfels<br>City Carton Company, Inc.<br>3 East Benton St<br>Iowa City, IA 52240<br>f:319-351-3818 p:319-351-2848 | Trade Debt | | 261,869.35 |
| Voith Paper Fabric & Roll Systems Inc.<br>2200 North Roemer Rd<br>Appleton, WI 54912 | Scott Engmann<br>Voith Paper Fabric & Roll Systems Inc.<br>C/O Voith Tax Dept<br>2200 North Roemer Rd<br>Appleton, WI 54912-2337<br>f:920-731-0769 p:920-731-0769 | Trade Debt | | 259,817.05 |
| Marcells Paper & Metal, Inc.<br>4221 West Ferdinand<br>Chicago, IL 60624 | Jeff Lowell<br>Marcells Paper & Metal, Inc.<br>4221 West Ferdinand<br>Chicago, IL 60624<br>f:773-265-1220 p:773-265-1200 | Trade Debt | | 259,413.53 |
| Kard Recycling Service, Inc.<br>3000 South 163rd ST<br>New Berlin, WI 53151 | Tom Kernan, Registered Agent<br>Kard Recycling Service, Inc.<br>3000 South 163rd ST<br>New Berlin, WI 53151<br>f:262-785-6023 p:262-786-7307 | Trade Debt | | 241,812.31 |
| Metro Recycling Solutions<br>1912 Sherwood<br>Keego Harbor, MI 48320 | Richard Eaton<br>Metro Recycling Solutions<br>1912 Sherwood<br>Keego Harbor, MI 48320<br>f:248-738-0888 p:248-738-5151 | Trade Debt | | 233,921.49 |

In re   **Manistique Papers, Inc.**                                              Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Pioneer Paper Stock Co., Inc.<br>155 Irving Ave North<br>Minneapolis, MN 55405 | Mark Elsbernd<br>Pioneer Paper Stock Co., Inc.<br>155 Irving Ave North<br>Minneapolis, MN 55405<br>f:612-374-5982 p:612-381-2164 | Trade Debt | | 229,593.82 |
| Flom Corporation<br>14333 Laurel-Bowie Rd<br>Suite 308<br>Laurel, MD 20708 | Lloyd Stirmer<br>Flom Corporation<br>14333 Laurel-Bowie Rd<br>Suite 308<br>Laurel, MD 20708<br>f:301-498-8404 p:301-498-5550 | Trade Debt | | 226,453.57 |
| West Allis Salvage Co.<br>1909 South 80th ST<br>Milwaukee, WI 53219 | Phil Rehderg<br>West Allis Salvage Co.<br>1909 South 80th ST<br>Milwaukee, WI 53219<br>f:414-321-4636 p:414-321-4134 | Trade Debt | | 181,766.34 |
| WEGO Chemical & Mineral Corp.<br>239 Great Neck RD<br>Great Neck, NY 11021-3311 | Edward Khalily<br>WEGO Chemical & Mineral Corp.<br>239 Great Neck RD<br>Great Neck, NY 11021-3311<br>f:516-487-3794 p:516-487-3510 | Trade Debt | | 171,958.80 |
| BASF Corporation<br>100 Campus DR<br>C/O Tax Dept<br>Florham Park, NJ 07932-1089 | Steve Engebos<br>BASF Corporation<br>100 Campus DR C/O Tax DEPT<br>Florham Park, NJ 07932-1089<br>f:800-225-3326 p:800-346-8590 | Trade Debt | | 118,134.20 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the General Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   *8-10-11*                                   Signature _____

Jon Johnson
General Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re     **Manistique Papers, Inc.**           Case No._____

                              Debtor

Chapter_____ **11**_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MPIH, Inc.**<br>**Reg. Agent: Corporation Service Co.**<br>**2711 Centerville Road, Suite 400**<br>**Wilmington, DE 19808** | **Common** | **100** | **Shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the General Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____ **8-9-11**_____        Signature_____

                                             **Jon Johnson**
                                             **General Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## District of Delaware

In re   **Manistique Papers, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the General Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   _8-9-11_

_Jon Johnson/General Manager_
Signer/Title

# United States Bankruptcy Court
## District of Delaware

In re  **Manistique Papers, Inc.**

Debtor(s)

Case No. _____

Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned ~~counsel~~ for   **Manistique Papers, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**MPIH, Inc.**
**Reg. Agent:  Corporation Service Co.**
**2711 Centerville Road, Suite 400**
**Wilmington, DE 19808**

☐ None [*Check if applicable*]

_____8-9-11_____

Date

Jon Johnson
General Manager
Manistique Papers, Inc.

Manistique Papers, Inc., Debtor
Case No. _____
Chapter 11

Attachment

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

---

Equity Security Holders of MPIH, Inc.
Merit Mezzanine Fund I.V., L.P.
Reg. Agent:  The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Merit Mezzanine Parallel Fund I.V., L.P.
Reg. Agent:  The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

DDFKD INVESTMENTS, LP
50 West Dundee Road
Wheeling, IL 60090

6689712_1