# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Manistique Papers, Inc. |
| **Case Number:** | 11-12562-KJC  **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, AUGUST 15, 2011 02:00 PM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## Matter:

First Days

**R / M #:**   0 / 0

## Appearances:

See Sign in Sheet

## Proceedings:

Agenda Item
#3 and 4 - Adjourned
#5, 6, 7, 8 - Orders Signed