UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Manistique Papers Inc. | : | Case No. 11-12562 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

    Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Cloverland Electric Cooperative**, Attn: Robert Malaski, 725 E. Portage Avenue, Sault Ste. Marie, MI 49783, Phone: 906-632-5172, Fax: 906-632-8444

2. **Louis Padnos Iron & Metal Co.**, Attn: Ben Irwin, P.O. Box 1979, Holland MI 49422-1979, Phone: 616-396-6521, Fax: 616-396-7789

3. **Flom Corporation**, Attn: Lloyd Stirmer, 14333 Laurel-Bowie Road, Suite 308, Laurel MD 20708, Phone: 301-498-5550, Fax: 301-498-8404

4. **United Steelworkers**, Attn: David Jury, Five Gateway Center, Room 807, Pittsburgh PA 15222, Phone: 412-562-2545, Fax: 412-562-2574

5. **BASF Corporation**, Attn: Peter Argiriou, 100 Campus Drive, Florham Park NJ 07932, Phone: 973-245-6577, Fax:973-245-6779


    ROBERTA A. DEANGELIS
    United States Trustee, Region 3


    /s/ Mark Kenney, for
    T. PATRICK TINKER
    ASSISTANT UNITED STATES TRUSTEE

DATED: August 23, 2011

Attorney assigned to this Case: Mark Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Daniel B. Butz, Phone: (302) 575-7348, Fax: (302)658-3989