IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| MANISTIQUE PAPERS, INC., Debtor. | Case No. 11-12562 (KJC) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Lowenstein Sandler, P.C. ("Lowenstein"), proposed counsel for the Official Committee of Unsecured Creditors (the "Committee") of the captioned debtor and debtor in possession (the "Debtor"), hereby enter an appearance for and on behalf of the Committee.

**PLEASE TAKE FURTHER NOTICE,** that request is hereby made pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, that all notices given and required to be given in this case and all pleadings and other papers filed in the above matter be directed to the following:

> **LOWENSTEIN SANDLER, P.C.**
> 65 Livingston Avenue
> Roseland, New Jersey 07068
> (973) 597-2500 (Telephone)
> (973) 597-2400 (Facsimile)
> Attn: Sharon L. Levine, Esq.
> slevine@lowenstein.com
> Attn: Thomas A. Pitta, Esq.
> tpitta@lowenstein.com

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way, the rights or interests of the Creditors' Committee with respect to the above-captioned Debtor, or any related entity, or property or proceeds in which the Debtor may claim an interest.

Dated: August 24, 2011  **LOWENSTEIN SANDLER PC**

> By: /s/ *Sharon L. Levine*
> Sharon L. Levine, Esq.
> 65 Livingston Avenue
> Roseland, New Jersey 07068
> (973) 597-2500 (Telephone)
> (973) 597-2400 (Facsimile)
> *Proposed Counsel for the Official Committee*
> *of Unsecured Creditors*