# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MANISTIQUE PAPERS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-12562 (KJC) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, Jeremy W. Ryan, a member of the bar of this Court, moves the admission pro hac vice of Susan Jill Rice, Esquire, of the law firm of Brandt, Fisher, Alward & Pezzetti, P.C., 1241 East Eighth Street, Post Office Box 5817, Traverse City, Michigan 49696-5817 to represent mBank in this action.

/s/ Jeremy W. Ryan
Jeremy W. Ryan, Esq. (DE #4057)
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone:  (302) 984-6108
Facsimile:  (302) 778-6108
Email:  jryan@potteranderson.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Susan Jill Rice, Esq. (MI Bar #P63035)
Brandt, Fisher, Alward & Pezzetti, P.C.
1241 E. Eighth Street, Post Office Box 5817
Traverse City, Michigan 49696-5817
Telephone:  (231) 941-9660
Facsimile:  (231) 941-9568
Email:  jrice@bfarlaw.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

BY THE COURT:

Dated: _____, 2011

_____
The Honorable Kevin J. Carey