

## DELAWARE BANKRUPTCY COURT

IN RE: MANISTIQUE PAPERS, INC.
EHACI Id: 000369885 (5038836 and 5030146)
(DEBTOR)   CASE NO. 11-12562
Chapter 11

### ASSIGNMENT OF CLAIM

For the valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the undersigned, a creditor of the debtor named above, does hereby assign, transfer, and set over its claim in the above matter to Euler Hermes ACI, 800 Red Brook Boulevard, Owings Mills, MD 21117, in the sum of **399,524.61 US$**. Evidence of the terms of transfer is attached hereto.

### WAIVER OF NOTICE

The undersigned specifically waives Notice of the filing of the foregoing assignment, as required by BANKRUPTCY RULE 3001 (e) (2), and requests and consents that an ORDER be entered herein substituting Euler Hermes ACI as owner of the above described claim in place of the undersigned. It is requested that any notices or dividend checks be made payable to, and delivered to the assignee. Further, I do hereby declare, under penalty of perjury, I am authorized to give this assignment and the statements contained herein are true and correct.

DATED: 10/14/2011

**FEDERAL INTERNATIONAL, INC.**
(ASSIGNOR-CREDITOR)

**7935 CLAYTON RD**

**SAINT LOUIS, MO 63117**
(ADDRESS)

_____
(SIGNATURE)

Claire F. Newton   Asst Treasurer
TYPE OR PRINT NAME OF
SIGNER AND TITLE

### ORDER OF SUBSTITUTION

Upon consideration of the foregoing assignment of claim, it is hereby ORDERED that the Euler Hermes ACI be substituted for the creditor/assignor as owner of the above described claim.

DATED: _____

_____
BANKRUPTCY JUDGE



# ASSIGNMENT

THIS AGREEMENT OF ASSIGNMENT is made this Fourteenth day of October, 2011 by and between Federal International, Inc., 7935 Clayton Rd Saint Louis, MO, 63117 (herein called the Insured) and Euler Hermes American Credit Indemnity Company (herein called the Company), 800 Red Brook Blvd, Owings Mills, MD 21117-1008:

In consideration of this Loss Payment made by the Company to the Insured under their Credit Insurance Policy, receipt of which is hereby acknowledged:

Subject to the terms and conditions of the Policy, the INSURED does hereby assign, transfer and set over unto the Company, its claims and demands, together with all securities and guarantees relating thereto, against the following debtor or debtors in the amount or amounts shown thereafter:

| Claim | Debtor | Amount |
|---|---|---|
| 000369885 (5038836) | MANISTIQUE PAPERS, INC. - MANISTIQUE, MI | 399,524.61 US$ |

Witness:

*[signature]*

Federal International, Inc.
The Insured

By: *[signature]*
Authorized Signature