IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

MANISTIQUE PAPERS, INC.,[1]

Debtor.

Chapter 11

Case No. 11-12562 (KJC)

## DECLARATION OF JONATHAN I. MISHKIN IN SUPPORT OF THE APPLICATION TO EMPLOY INVESTMENT BANK FOR THE DEBTOR

Jonathan I. Mishkin, hereby declares under penalty of perjury:

1. I am an adult resident of the State of New York, New York County.

2. I am founder and Managing Member of Sanabe & Associates, LLC ("Sanabe"), working principally in its office located at 48 Wall Street, 11th Floor, New York, NY 10005.

3. Among other things, I hold a Bachelor of Arts degree from Columbia University and a Master of Business Administration degree from the University of Chicago. Prior to founding Sanabe in 2002, I was North American Group Head for Paper, Packaging and Forest Products for Donaldson, Lufkin & Jenrette ("DLJ") from 1994 to 2000, and I retained this position after DLJ was acquired by Credit Suisse First Boston in 2000. During that time, I managed over twenty mergers and acquisitions, high yield and merchant banking transactions. Sanabe has become a leading investment banking boutique, serving the paper, building products and renewable energy industries. Sanabe has completed eleven transactions since 2005.

4. I make this sworn statement in support of the November 18, 2011 Application to Employ Investment Bank for the Debtor *Nunc Pro Tunc* to October 24, 2011 (the

---

[1] The Debtor's federal tax identification number is 65-1290950. The Debtor's mailing address and corporate headquarters is 453 South Mackinac Avenue, Manistique, MI 49854-1399.

12. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this ___18___ day of November, 2011.

                                         **SANABE & ASSOCIATES, LLC**

By: _____
Jonathan I. Mishkin,
Managing Member
48 Wall Street, 11th Floor
New York, NY 10005
Telephone (212) 472-2295

ANY OTHER COURTS TO THE JURISDICTION OF WHICH THE COMPANY IS OR MAY BE SUBJECT, BY SUIT UPON SUCH JUDGMENT AS PROVIDED BY LAW.

10. This Agreement (including the attached Indemnification Agreement) embodies the entire agreement and understanding between the parties hereto and supersedes all prior agreements and understandings relating to the subject matter hereof. If any provision of this Agreement is determined to be invalid or unenforceable in any respect, such determination will not affect such provision in any other respect or any other provision of this Agreement, which will remain in full force and effect. This Agreement may not be amended or otherwise modified or waived except by an instrument in writing signed by both Sanabe and the Company and approved by the Court when required under the Bankruptcy Code or related Rules. This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same agreement.

11. This Agreement (including the attached Indemnification Agreement) shall be binding upon the Company and Sanabe and their respective successors and assigns and any successor or assign of any substantial portion of the Company's and Sanabe's respective businesses and/or assets. In the event that a Sale Transaction is effected through an entity other than the Company, then the Company shall cause such entity to assume and honor the obligations and liabilities of the Company hereunder, including, without limitation, the Company's obligations and liabilities pursuant to provisions concerning indemnification, contribution and the Company's obligation to pay fees and to reimburse expenses contained herein and in the attached Indemnification Agreement.

If the foregoing correctly sets forth our understanding, please indicate your acceptance thereof in the space provided below, whereupon this Agreement and your acceptance shall constitute a binding agreement between us.

Very truly yours,

SANABE & ASSOCIATES, LLC

By: _____
Name: Jonathan I. Mishkin
Title: Managing Member

Accepted and agreed to as of
the date first above written:

MANISTIQUE PAPERS, INC.,
Debtor-in-Possession

By: _____
Name: _____
Title: _____

4822-9635-3549, v. 2

4

OTHERWISE) ARISING OUT OF OR IN ANY WAY RELATING TO THIS AGREEMENT. THE COMPANY AGREES THAT A FINAL JUDGMENT IN ANY PROCEEDING OR CLAIM ARISING OUT OF OR IN ANY WAY RELATING TO THIS AGREEMENT BROUGHT IN ANY SUCH COURT SHALL BE CONCLUSIVE AND BINDING UPON THE COMPANY AND MAY BE ENFORCED IN ANY OTHER COURTS TO THE JURISDICTION OF WHICH THE COMPANY IS OR MAY BE SUBJECT, BY SUIT UPON SUCH JUDGMENT AS PROVIDED BY LAW.

The foregoing Indemnification Agreement shall remain in full force and effect notwithstanding any termination of Sanabe's engagement. This Indemnification Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same agreement.

Very truly yours,

**MANISTIQUE PAPERS, INC.**
Debtor-In-Possession, Case No. 11-12652 in the United States Bankruptcy Court for the District of Delaware

By: _____
Jon Johnson, General Manager

Accepted and agreed to as of
the date first above written:

SANABE & ASSOCIATES, LLC

By: _____
Name: Jonathan I. Mishkin
Title: Managing Member

3