# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Manistique Papers Liquidation Company, Inc.,<br><br>Debtor.[i] | Chapter 11<br><br>Case No. 11-12562 (KJC)<br><br>Related Docket Nos.: 1008, 1014, 1015, 1016, 1018, 1019, 1020, 1021, 1023 |

## CERTIFICATION OF COUNSEL

The undersigned counsel hereby certifies as follows:

1. The Joint Motion Of The Debtor (the "Debtor") And The Official Committee Of Unsecured Creditors (the "Committee") For Entry Of An Order Dismissing The Debtor's Chapter 11 Case And Granting Related Relief, Or In The Alternative, Converting The Case To A Case Under Chapter 7 Of The Bankruptcy Code [D.I. 1008] (the "Motion to Dismiss") was filed on June 22, 2015.

2. The Motion to Dismiss requests this Court to dismiss the Debtor's Chapter 11 bankruptcy case pursuant to section 1112 of the Bankruptcy Code.

3. On July 28, 2015, the various professionals to the Debtor and the Committee including CohnReznick LLP, f/k/a J.H. Cohn LLP, Ashby & Geddes, P.A., Lowenstein Sandler LLP, Morris, Nichols, Arsht & Tunnell LLP, Godfrey & Kahn, S.C. filed (the "Professionals") filed final fee applications in the case [D.I. 1014, 1015, 1016, 1018, 1019, 1020, 1021, and 1023] (collectively, the "Final Fee Applications").[1]

4. Objections to the Motion to Dismiss were due on July 9, 2015.

5. Objections to the Final Fee Applications were due on August 11, 2015. No objections were received relating to the Final Fee Applications.

---

[1] Morris, Nichols, Arsht & Tunnell LLP and Godfrey & Kahn, S.C. filed amended final fee applications [D.I. 1021 and 1023].

6. The Debtor and the Committee received informal comments from the United Steelworkers, Continental Recycling Corp., and C. Reiss Coal Company with respect to the form of order submitted with the Motion to Dismiss (the "Proposed Order").

7. Waste Management Recycle America, LLC (collectively, with United Steelworkers, Continental Recycling Corp., and C. Reiss Coal Company, "The Objecting Parties") filed an objection to the Motion to Dismiss [D.I. 1013].

8. The Debtor and the Committee revised the language of the Proposed Order to address the concerns of the Objecting Parties (the "Revised Proposed Order") and is acceptable to the Objecting Parties in its revised form.

9. A marked version of the Revised Proposed Order is attached as Exhibit A.

10. A clean copy of the Revised Proposed Order is attached as Exhibit B.

11. Attached hereto as Exhibit C is a proposed order approving payment of the Final Fee Applications (the "Final Fee Application Order").

12. The Debtor and the Committee respectfully request entry of the Revised Proposed Order and the Final Fee Application Order, substantially in the forms annexed hereto as Exhibit B and Exhibit C.

Dated: August 13, 2015

ASHBY & GEDDES, P.A.

_____
William P. Bowden (I.D. No. 2553)
Amanda Winfree Hermann (I.D. No. 4615)
Leigh-Anne M. Raport (I.D. No. 5055)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Co-Counsel to the Official Committee of Unsecured Creditors*

-and-

**LOWENSTEIN SANDLER LLP**
Sharon L. Levine, Esq.
S. Jason Teele, Esq.
Nicole Stefanelli, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
krosen@lowenstein.com
slevine@lowenstein.com
steele@lownstein.com

*Counsel to the Official Committee of Unsecured Creditors*

Dated: August 13, 2015
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel B. Butz*

Eric D. Schwartz (No. 3134)
Daniel B. Butz (No. 4227)
Matthew B. Harvey (No. 5186)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-4673

-and-

Timothy F. Nixon
Carla O. Andres
GODFREY & KAHN, S.C.
333 Main Street, Suite 600
P.O. Box 13067
Green Bay, WI 54307-3067
Telephone: (920) 436-7687
Facsimile: (920) 436-7988

*Counsel for Debtor and*
*Debtor in Possession*